STATE OF NEW JERSEY v. MANUEL CORDERO.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HEIM.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CAROLE P. WILKINS.

May 30, 1989.

Petition for certification denied.   (See 230 *N.J.Super.* 261)

STATE OF NEW JERSEY v. DERRICK ROBINSON.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LAMAR TAYLOR.

May 30, 1989.

Petition for certification denied.